AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original

**LODGED**
CLERK, U.S. DISTRICT COURT
11/4/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: DTA  DEPUTY

# UNITED STATES DISTRICT COURT
for the
Central District of California

**FILED**
CLERK, U.S. DISTRICT COURT
11/4/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: KH   DEPUTY

United States of America

v.

ROSALBA MEZA,
   aka ROSALBA SCEVILLE,

Defendant.

Case No.  8:21-mj-00748-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of May 2017 through December 2019 in the county of Orange in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 26 U.S.C. § 7206(1) | Subscription of a False Tax Return |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Pamela Schwartz, FBI Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:  November 4, 2021

/s/ Autumn D. Spaeth
Judge's signature

City and state:  Santa Ana, California

Hon. Autumn D. Spaeth, U.S. Magistrate Judge
Printed name and title

AUSA: Ryan G. Adams (714-338-3590)

## **AFFIDAVIT**

I, Pamela Schwartz, being duly sworn, declare and state as follows:

### **PURPOSE OF AFFIDAVIT**

1. This affidavit is made in support of a criminal complaint and arrest warrant against ROSALBA MEZA ("MEZA"), also known as ROSALBA SCEVILLE, for a violation of Title 18, United States Code, Section 1343 (Wire Fraud), and Title 26, United States Code, Section 7206(1) (Subscription of a False Tax Return).

2. The facts set forth in this affidavit are based upon my personal observations; my training and experience; and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and arrest warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and part only.

### **BACKGROUND OF SPECIAL AGENT PAMELA SCHWARTZ**

3. I am a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI") in the Orange County Resident Agency of the Los Angeles Field Office. I have been employed with the FBI since May 2016. I am currently assigned to a white-collar crime squad, where my duties include the investigation of wire fraud, mail fraud, and securities fraud matters. I attended the FBI

Academy and received specialized training related to investigating white-collar crime.  During my tenure as an FBI SA, I have conducted surveillance, analyzed financial records, interviewed witnesses, drafted affidavits for arrest and search warrants, and executed arrest and search warrants.

## SUMMARY OF PROBABLE CAUSE

4.  As further discussed below, from May 2017 through December 2019, MEZA, while serving as Controller of an Anaheim, California based plumbing company, made unauthorized transfers of approximately $3,132,618 from company bank accounts to bank accounts she owned or controlled and used the embezzled funds for personal expenses.  In addition, for tax years 2017, 2018, and 2019, MEZA willfully filed materially false federal income tax returns, knowingly omitting the embezzled funds from her tax returns.

## STATEMENT OF PROBABLE CAUSE

5.  Based on my review of law enforcement reports, conversations with other law enforcement agents, and my own knowledge of the investigation, I am aware of the following:

**A.   Background**

6.   Trilogy Plumbing, Inc. ("Trilogy") and Matrix Management, LLC ("Matrix") are related companies.  Trilogy is a plumbing company operating in Southern California.  Matrix was organized to provide back-office support, payroll functions, and other managerial oversight for Trilogy and other related

companies.[1]  Trilogy and Matrix are both located in Anaheim, California.

7.   D.K. was at all relevant times, and currently is, Trilogy's Chief Executive Officer ("CEO").  R.L was at all relevant times, and currently is, the Chief Operating Officer ("COO").  Both are members of Matrix.

8.   MEZA is the former Controller of Trilogy and Matrix.  According to D.K., MEZA was originally hired in approximately 2002 or 2003 as an accounts payable clerk.  As MEZA's knowledge and experience in the finance and accounting field grew, she was given more responsibilities and ultimately promoted to the role of Controller for Trilogy and Matrix.

9.   Around 2008, due to financial difficulties in the construction industry, as well as a desire for more flexibility, MEZA proposed starting her own business and billing Trilogy and Matrix a flat monthly fee instead of being a wage-earning employee.  MEZA also provided accounting services to other businesses during this time.

10.  MEZA maintained this arrangement until approximately 2016 or 2017, when she requested to be brought back as a wage-earning employee.  She was rehired under Matrix[2] and remained in the position of Controller until the discovery of her

---

[1] These related companies include Coast West Plumbing and Legacy Leasing, which are not involved in the present investigation.

[2] Although MEZA was an employee of Matrix, she performed the Controller function for Trilogy, Matrix, and their other related companies.

embezzlement of company funds and subsequent termination in January 2020.

11.  MEZA was also appointed the corporate Secretary for Trilogy.  However, she had zero ownership stake in either Trilogy or Matrix and did not have authority to authorize loans on behalf of the companies.

12.  As Controller, MEZA had access to and control over Trilogy and Matrix's corporate bank accounts and accounting systems.  D.K. and R.L. also had access to those accounts and systems but relied on and trusted MEZA to conduct the companies' financial affairs.  MEZA also made bookkeeping entries and prepared financial statements for Trilogy and Matrix.

13.  While MEZA had the authority to transfer funds on the companies' behalf, she did not have authority to transfer funds to herself without the prior approval of D.K. and R.L.  MEZA did not have authority to issue loans or gifts on the companies' behalf.

14.  Other than an approximately $30,000 loan issued by Trilogy to MEZA, approved by D.K. and R.L. in or around 2016, MEZA was not entitled to any additional funds beyond her approximately $65,000 per year salary.  No additional funds beyond her salary were approved by D.K. or R.L.

15.  According to D.K. and R.L., MEZA has an interest in La Perla Farms, a melon farm located near Mazatlán, Sinaloa, Mexico.  MEZA told D.K. she would repay the loan with proceeds from the farm.

16. According to records obtained from Orange County Superior Court, on or about December 2, 2016, MEZA was awarded sole ownership of a vacation home in Mazatlán, Mexico.[3]

17. Based on my review of law enforcement databases, MEZA frequently travels to Mexico. For example, in January 2021, MEZA traveled to Mexico on two occasions. In 2020, MEZA traveled to Mexico twice. In 2019, Meza traveled to Mexico on two occasions in March as well as in July and September. In 2018, MEZA traveled to Mexico in January, April, May, and July.

**B.  Discovery of Embezzlement**

18. In or around February 2019, MEZA informed D.K. and R.L. that Trilogy and Matrix did not have the funds available to meet their payroll obligations. D.K. and R.L. made personal capital contributions that allowed the companies to meet their payroll obligations.

19. In or around April 2019, an Internal Revenue Service ("IRS") Revenue Officer contacted Trilogy and Matrix because the companies had missed their quarterly payroll tax obligations. The companies had been current on their payroll tax obligations prior. The Revenue Officer spoke to D.K., R.L., and MEZA regarding the missed payroll taxes. MEZA became the point of contact for the Revenue Officer due to her position as Controller and the person responsible for the day-to-day financial activities of the companies. MEZA promised the Revenue Agent payment within 30 days and the account was made current.

---

[3] Orange County Superior Court Case No. 16D000689.

20. In or around October 2019, the companies again missed their quarterly payroll tax obligations. The Revenue Officer contacted MEZA, and the account was again made current.

21. MEZA faxed the Revenue Officer copies of the companies' tax returns and proofs of payment each quarter.

22. On or about January 6, 2020, California Bank & Trust's ("CB&T") Tustin branch President G.G. contacted D.K. G.G. told D.K. that CB&T identified an unusual Automated Clearinghouse ("ACH")[4] transfer from the Trilogy bank account to a personal account in the name of Rosalba MEZA.

23. Based on the information provided by G.G., D.K. and R.L. began reviewing the businesses' CB&T bank account records.

24. On or about January 9, 2020, D.K., R.L., along with their attorney, and an uninvolved company employee who was present to act as a witness, confronted MEZA about the suspicious ACH transfers. By the time of the meeting, they had identified approximately $1 million in embezzled funds. When asked about the ACH transfers, MEZA stated she did not know why the money was transferred to her personal account and would need to review the accounting system to provide additional information. Before D.K. and R.L. could review the accounting records with MEZA, she asked to use the restroom and fled the building.

25. D.K. immediately called MEZA and asked her to return to the office to discuss the issue. MEZA said she would not

---

[4] According to the Federal Reserve Bank of Atlanta's website, https://www.atlantafed.org/about/atlantafed, ACH transfers are electronic credit and debit payments between banks.

6

return to the office because she felt D.K. and R.L. had ambushed her when they confronted her over the embezzlement. MEZA was subsequently terminated from Matrix.[5]

26. According to P.B., Trilogy and Matrix's Certified Public Accountant, MEZA was knowledgeable of accounting principles and fully understood how to use Trilogy and Matrix's accounting system.

27. P.B reviewed Trilogy and Matrix's accounting records after MEZA's termination. Based on his analysis, he determined that to conceal her scheme MEZA manipulated Trilogy and Matrix's accounting records. P.B. determined that some of the financial statements MEZA had provided to D.K., R.L., and P.B. during her tenure as Controller were false.

28. D.K. stated that he was aware of a past allegation that MEZA and her sister C.M.L., embezzled funds from another plumbing company. MEZA told D.K. that she had spoken to the FBI about the allegation and was suing that plumbing company for defamation.

C. **Embezzlement and Tax Investigation**

29. From reviewing financial records, including but not limited to, bank statements, signature cards, and Federal Reserve Bank records, and information provided to me by Internal Revenue Service, Criminal Investigation ("IRS-CI") SA Michael Schwartz ("SA Schwartz"), I learned the following:

---

[5] On or about February 13, 2020, Trilogy and Matrix filed suit against MEZA in Orange County Superior Court Case No. 30-2020-01131251-CU-FR-CXC, alleging, among other things, conversion and theft, fraud, and unjust enrichment. The case is still actively pending in civil court.

7

        a.    Trilogy owns CB&T Business Analyzed checking accounts ending in 0471 and 1641 ("Trilogy CB&T accounts"). MEZA was a signer on the bank accounts until approximately January 13, 2020.

        b.    Matrix owns CB&T Business Analyzed checking accounts ending in 2621 and 7621 ("Matrix CB&T accounts"). MEZA was a signer on the bank accounts until approximately January 13, 2020.

        c.    MEZA solely owns JP Morgan Chase Bank Total Checking account ending in 2518 ("MEZA Chase 2518").

        d.    MEZA solely owns Wells Fargo Bank Preferred Checking account ending in 2743 ("MEZA WF 2743").

        e.    La Perla Enterprises, Inc. ("La Perla") owns Wells Fargo Bank Business Choice Checking account ending in 6148 ("La Perla WF 6148"). MEZA is the sole signer on the bank account. According to the signature card obtained from Wells Fargo Bank, La Perla is an S Corporation, of which MEZA is the one hundred percent owner.

        f.    MEZA solely owns Bank of America Advantage Plus checking account ending in 5839 ("MEZA BofA 5839").

        g.    In 2017, MEZA made transfers from the Trilogy CB&T accounts of approximately $233,189 to MEZA Chase 2518, $308,986 to La Perla WF 6148, and $118,302 to MEZA WF 2743. MEZA also made transfers from the Matrix CB&T accounts of approximately $58,700 to MEZA Chase 2518 and $12,500 to MEZA WF 2743.

h.  In 2018, MEZA made transfers from the Trilogy CB&T accounts of approximately $828,337 to MEZA Chase 2518 and $503,041 to La Perla WF 6148.  MEZA also made transfers from the Matrix CB&T accounts of approximately $83,259 to MEZA Chase 2518 and $14,745 to La Perla WF 6148.

i.  In 2019, MEZA made transfers from the Trilogy CB&T accounts of approximately $435,128 to MEZA Chase 2518, $9,240 to La Perla WF 6148, and $25,470 to MEZA BofA 5839.  MEZA also made transfers from the Matrix CB&T accounts of approximately $665,982 to MEZA Chase 2518.

j.  In total, from May 2017 through December 2019, MEZA made transfers of approximately $3,296,880, to include approximately $3,132,618 of unauthorized transfers, from the Trilogy CB&T accounts and the Matrix CB&T accounts to bank accounts she owned or controlled.

k.  MEZA used the embezzled funds to pay personal expenses including:

i.  Approximately $292,137 in in-branch cash withdrawals.

ii.  Approximately $1,028,875 in ATM withdrawals in the United States and Mexico.

iii. Approximately $870,209 in wire transfers to bank accounts in Mexico, owned by her sister C.M.L.

iv.  Approximately $250,906 in transfers to friends and other family members, including B.V., A.E., D.D., and R.G.

9

v. Approximately $140,370 in rent payments to B.V.W. for MEZA's residence in San Clemente, California.

l. Based on information obtained from CB&T and the Federal Reserve Bank of Atlanta, all the ACHs sent from the Trilogy and Matrix CB&T accounts were routed via the Federal Reserve Bank of Atlanta in Atlanta, Georgia.

m. According to their website, CB&T is based in San Diego, California and is a division of Zions Bancorporation. According to Zions Bancorporation's website, it is headquartered in Salt Lake City, Utah.

30. According to SA Schwartz, income derived from embezzlement schemes is taxable under the Internal Revenue Code, specifically Title 26, United States Code Section 61(a).[6]

31. According to SA Schwartz, MEZA filed her self-prepared 2017, 2018, and 2019 U.S. Individual Income Tax Returns, Form 1040 ("Forms 1040") with the Internal Revenue Service in March 2020.[7] All three returns contained a jurat declaring they were filed under penalty of perjury. The signature on each appears to match the signature on MEZA's California driver's license and bank signature cards.

32. According to SA Schwartz, MEZA only reported taxable income of approximately $36,300 in 2017 from a Schedule C, $65,728 in 2018 and $62,234 in 2019 from wages she received from

---

[6] "[G]ross income means all income from **whatever** source derived…." (emphasis added)

[7] According to SA Schwartz, the 2017 Form 1040, which MEZA filed late in March 2020, was not processed by the IRS until approximately November 2020, likely due to processing delays arising from the COVID-19 pandemic.

Matrix.  The tax returns did not include the approximately $3,132,618 in additional income from the embezzled funds, as described above in Paragraphs 29(g) to 29(i).[8]

33.  Based on my discussions with SA Schwartz, I submit that MEZA willfully filed materially false income tax returns under penalty of perjury in violation of Title 26, United States Code Section 7206(1) for the tax years 2017, 2018, and 2019 when she knowingly omitted approximately $695,377 of additional income in 2017, $1,363,654 of additional income in 2018, and $1,073,586 of additional income in 2019.

   **D.   Interview of MEZA on November 4, 2021**

34. On November 4, 2021, SA Schwartz interviewed MEZA at her residence.  MEZA stated the following in summary and substance:

   *a.*   MEZA was shown her U.S. Individual Income Tax Returns for tax years 2017, 2018 and 2019 and verified the following information:

   i.   The tax returns were her tax returns.

   ii.  The Social Security number listed on the tax returns was her social Security number.

   iii. She signed the tax returns for tax years 2017 and 2018 and the signature on the tax returns was her signature.

---

[8] The difference between the amount listed in Paragraph 29(j) and Paragraph 32 is based on a conservative approach to calculating MEZA's unreported income. In determining an unreported income amount, all income reported on MEZA's federal income tax returns was subtracted from the identified transfers from the Trilogy CB&T accounts and Matrix CB&T accounts.

        iv.  MEZA mailed the tax returns to the IRS for tax years 2017 and 2018.

        v.  MEZA e-filed with the IRS the tax return for tax year 2019.

        vi.  The address listed on the tax returns was MEZA's former residence in San Clemente, California.

        vii. The income reported on MEZA's 2017 Schedule C was from income derived from bookkeeping work she performed for La Perla Farm.

    *b.*  MEZA verified she worked at Matrix from approximately 2000 until early 2020.

    *c.*  After being asked to verify additional information about the income reported on her tax returns MEZA ended the interview.

## CONCLUSION

35. For all of the reasons described above, there is probable cause to believe that MEZA has committed a violation of Title 18, United States Code, Section 1343 (Wire Fraud), and Title 26, United States Code, Section 7206(1) (Subscription of a False Tax Return).

/s/
PAMELA SCHWARTZ,
Special Agent, FBI

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this __4th__ day of November, 2021.

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
UNITED STATES MAGISTRATE JUDGE